# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS VILLEGAS and AMY VILLEGAS, | No. No. 2:23-cv-02171-EFM-TJJ |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency; MEG McCOLLISTER, in her official capacity as Administrator of the U.S. Environmental Protection Agency Region 7; and DAVID COZAD, in his official capacity as Director of the Enforcement and Compliance Assurance Division of the U.S. Environmental Protection Agency Region 7, | |
| Defendants. | |

Plaintiffs brought this action to challenge the constitutionality of an administrative adjudication initiated against them and a compliance order issued against them by officials of the Environmental Protection Agency for alleged violations of the Clean Water Act. On July 10, 2023, Defendants notified Plaintiffs that the administrative complaint had been withdrawn with prejudice to refiling administratively. On July 12, Defendants terminated the compliance order as well. Defendants also notified Plaintiffs that the agency would not proceed with any unilateral administrative order regarding the alleged violations and that any further action would proceed in an Article III forum.

In light of the foregoing, Plaintiffs hereby give notice that they voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41. As required by Rule 41(a)(1)(A)(i), Defendants have not filed an answer or motion for summary judgment.

Dated: August 3, 2023.

Respectfully submitted:

/s/ Michael A. Poon
MICHAEL A. POON*
Cal. Bar No. 320156
DAMIEN M. SCHIFF*
Cal. Bar No. 235101
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
MPoon@pacificlegal.org
DSchiff@pacificlegal.org

*Pro Hac Vice*

/s/ Samuel G. MacRoberts
SAMUEL G. MACROBERTS
Kan. Bar No. 22781
JEFF SHAW
Kan. Bar No. 29767
Kansas Justice Institute
12980 Metcalf Avenue, Suite 130
Overland Park, Kansas 66213
Telephone: (913) 213-5018
Sam.MacRoberts@KansasJusticeInstitute.org
Jeff@KansasJusticeInstitute.org

GLENN E. ROPER*
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

*Counsel for Plaintiffs*